JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TINA LASHAWN BROWN, | ) | NO. CV 20-6584-MCS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL PALLARES, Warden (A), | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 22, 2021.

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE